Bethany Stevens (SBN 245672)
bstevens@wscylaw.com
Walker Stevens Cannom Yang LLP
500 Molino Street #118
Los Angeles, CA 90013
Tel.: (213) 712-9145
Fax: (213) 403-4906
*Attorney for Plaintiff, Blackbird Tech LLC d/b/a Blackbird Technologies*

Kalpesh K Shah (admitted *pro hac vice*)
kshah@beneschlaw.com
Benesch Friedlander Coplan and Aronoff LLP
333 West Wacker Drive Suite 1900
Chicago, IL 60606
Tel. 312-212-4979
Fax: 312-767-9192
*Attorneys for Defendant Feit Electrical Company, Inc.*

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKBIRD TECH LLC d/b/a BLACKBIRD TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>FEIT ELECTRICAL COMPANY, INC.,<br><br>Defendant. | CASE NO. 2:17-cv-07168-CAS(AFMx)<br><br>**[PROPOSED] ORDER RE STIPULATION OF DISMISSAL**<br><br>HON. CHRISTINA A. SNYDER |

/ / /

/ / /

1 | Upon consideration of the parties' Stipulation of Dismissal, **IT IS HEREBY**
2 | **ORDERED** that this case is dismissed with prejudice. Each party shall bear its own
3 | attorneys' fees and costs.

DATED: _November 27, 2017

*Christina A. Snyder*

The Honorable Christina A. Snyder